In the Matter of PATRICK O'RAFFERTY, Appellant, against NEW YORK STATE BOARD OF PAROLE et al., Respondents.

Submitted January 5, 1948; decided January 16, 1948.

*Patrick O'Rafferty,* in person, for motion.
No one opposed.

Motion denied. Appeal taken as of right dismissed on the ground that no substantial constitutional question is involved.